UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 08-076 |
| ANTOCHE WIX | * | SECTION: "B" |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
## FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Antoche Wix, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the sentenced imposed on December 14, 2022 in the above captioned case.

Respectfully submitted this 16th day of December, 2022.

CLAUDE J. KELLY
Federal Public Defender


/s/Celia C. Rhoads
CELIA C. RHOADS
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
e-mail: celia_rhoads@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Celia C. Rhoads
CELIA C. RHOADS
Assistant Federal Public Defender