AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                    Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| ANOTCHE WIX | ) | Case No.    053L 2:08CR00076-002 "B" |
|  | ) | USM No.    30573-034 |
|  | ) | Celia Clary Rhoads |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    Standard and Special Conditions    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| Standard Condition | Failure to provide U.S. Probation with updated contact information. | |
| Special Condition | Noncompliance with mental health treatment. | |
| Special Condition | Failure to participate in random substance abuse testing. | |
| Standard Condition | Failure to report to U.S. Probation as instructed. | |
| Standard Condition | Failure to maintain regular employment. | |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    1257

Defendant's Year of Birth:    1981

City and State of Defendant's Residence:
Gretna, LA

December 14, 2022
Date of Imposition of Judgment

/s/ Ivan L. R. Lemelle
Signature of Judge

Ivan L. R. Lemelle, Senior United States District Judge
Name and Title of Judge

December 15, 2022
Date

Judgment — Page 2 of 2

DEFENDANT: ANOTCHE WIX
CASE NUMBER: 053L 2:08CR00076-002 "B"

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons, **preferably a federal medical center per recommendation of mental health doctor for psychiatric evaluation**, to be imprisoned for a total term of: **14 MONTHS**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court strongly recommends the following: (1) that the defendant be placed in a federal medical facility equipped to treat defendant for his diagnoses of schizophrenia and paranoid delusions; and (2) that the Bureau of Prisons provide defendant with a psychiatric evaluation and any necessary treatment and medication.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 12 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL