UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-76 |
| ANOTCHE WIX | SECTION "B" |

### ORDER

**IT IS HEREBY ORDERED** that the teleconference set for Wednesday, July 12, 2023, at 9:00 a.m. is **CONTINUED** to **Thursday, August 3, 2023 at 10:00 a.m.** to allow time for counsel appointed through the Criminal Justice Act Panel to meet and confer with defendant Anotche Wix in preparation for the teleconference.

**IT IS FURTHER ORDERED** that the Warden of FCI El Reno, located at 4205 Highway 66 West, El Reno, Oklahoma 73036, is directed to make defendant available for the teleconference. Parties shall **call in** for the teleconference using phone number **(888) 684-8852 and access code 8374480#**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provide a copy of this Order to the Warden of FCI El Reno, located at 4205 Highway 66 West, El Reno, Oklahoma 73036.

New Orleans, Louisiana this 10th day of July, 2023

SENIOR UNITED STATES DISTRICT JUDGE